O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-05207-AHM (PJWx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | DENNIS SIMPSON v. JOHN POTTER, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Carla Badirian | Victoria Valine | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Duane R. Folke | Kristen Morse Lee |

**Proceedings:**     **(1)** Motion to Dismiss, or in the Alternative, Motion for Evidentiary Sanctions filed by Defendants United States Postal Service [54]
**(2)** MOTION for Summary Judgment as to Plaintiff's Action filed by Defendant United States Postal Service [61] (non-evidentiary)

     Cause called; appearances made. Also present is plaintiff, Dennis Simpson.

     Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court takes the motions under submission. Order to issue.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | | SMO |