JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SIMPSON<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL,<br><br>    Defendant. | Case No. CV10-05207 AHM (PJWx)<br><br>**JUDGMENT FOR DEFENDANT**<br><br>Hon. A. Howard Matz |

Defendant's Motion for Summary Judgment, came on regularly for hearing on July 16, 2012, before the Court.  The Court having considered the pleadings, evidence presented, memorandum of points and authorities and the oral argument at the time of the hearing, and in accordance with the Court's July 26, 2012, Summary Judgment Order (Dkt. 80) HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered in favor of Defendant on all causes of action.

DATED: August 7, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT COURT

JS - 6